AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  17-415 MJ |
| Alejandro Reyes Viramontes, | ) | |
| a.k.a.: Alejandro Reyes-Viramontes, | ) | |
| a.k.a.: Alejandro Viramontes Reyes, | ) | |
| (A078 053 203) | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 19, 2014, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Reyes-Viramontes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about November 12, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Salvador Delgado II,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    September 28, 2017

_____
*Judge's signature*

City and state:   Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE).  I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 19, 2014, Alejandro Reyes-Viramontes was booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Reyes-Viramontes was examined by Immigration Enforcement Agent Prunty who determined Reyes-Viramontes to be a Mexican citizen, unlawfully present in the United States.  On the same date, an immigration detainer was lodged with the county jail.  On September 27, 2017, Reyes-Viramontes was released from the Arizona Department of Corrections and transported to the Florence ICE office for further investigation and processing.  Reyes-Viramontes was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alejandro Reyes-Viramontes to be a citizen of Mexico and a previously deported criminal alien. Reyes-Viramontes was removed from the United States to Mexico through San Ysidro, California, on or about November 12, 2011, pursuant to an order of removal issued by an immigration

1

official. There is no record of Reyes-Viramontes in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Jose Reyes-Viramontes' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Alejandro Reyes-Viramontes was convicted of Second Degree Robbery, a felony offense, on July 10, 2007, in the Superior Court of California, County of San Joaquin, Lodi Branch. Reyes-Viramontes was sentenced to two (2) years' incarceration. Reyes-Viramontes' criminal history was matched to him by electronic fingerprint comparison.

5. On September 27, 2017, Alejandro Reyes-Viramontes was advised of his constitutional rights. Reyes-Viramontes freely and willingly acknowledged his rights and agreed to provide a statement under oath. Reyes-Viramontes stated that his true and complete name is Alejandro Viramontes Reyes and that he is a citizen of Mexico. Reyes-Viramontes stated that he illegally entered the United States at or near Tijuana, in or around January of 2012, without inspection by an immigration officer. Reyes-Viramontes further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 19, 2014, Alejandro Reyes-Viramontes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having

been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about November 12, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).


Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 28th day of September, 2017.

Michelle H. Burns,
United States Magistrate Judge

3